UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL
ASSOCIATION, as Indenture Trustee,

     Interpleader Plaintiff,

 – against –

WELLS FARGO BANK, NATIONAL
ASSOCIATION; LACROSSE FINANCIAL
PRODUCTS, LLC; MBIA INSURANCE
CORPORATION; and MASSACHUSETTS
FINANCIAL SERVICES COMPANY, d/b/a MFS
Investment Management,

     Interpleader Defendants.

Case No. 11 CIV 4220 (PGG) (THK)

**ECF CASE**

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and hereby is, dismissed with prejudice as to all parties. This Stipulation may be signed in counterparts, which when taken together constitute one original.

Dated: New York, New York
    October 26, 2011

JONES DAY
*Attorneys for Interpleader Plaintiff*
*U.S. Bank National Association*

By: /s/ Todd R. Geremia
 Jayant W. Tambe, Esq.
 Todd R. Geremia, Esq.
 222 East 41st Street
 New York, New York 10017
 Telephone: (212) 326-3939
 Facsimile: (212) 755-7306

BOIES, SCHILLER & FLEXNER LLP
*Attorneys for Interpleader Defendants*
*MBIA Insurance Corporation and LaCrosse*
*Financial Products, LLC*

By:_____
 Robin A. Henry, Esq.
 333 Main Street
 Armonk, New York 10504
 Telephone: (914) 749-8200
 Facsimile: (914) 749-8300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee,<br><br>              Interpleader Plaintiff,<br><br>– against –<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; LACROSSE FINANCIAL PRODUCTS, LLC; MBIA INSURANCE CORPORATION; and MASSACHUSETTS FINANCIAL SERVICES COMPANY, d/b/a MFS Investment Management,<br><br>              Interpleader Defendants. | Case No. 11 CIV 4220 (PGG) (THK)<br><br>**ECF CASE**<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and hereby is, dismissed with prejudice as to all parties. This Stipulation may be signed in counterparts, which when taken together constitute one original.

Dated:    New York, New York
             October 26, 2011

| | |
|---|---|
| JONES DAY<br>*Attorneys for Interpleader Plaintiff*<br>*U.S. Bank National Association* | BOIES, SCHILLER & FLEXNER LLP<br>*Attorneys for Interpleader Defendants*<br>*MBIA Insurance Corporation and LaCrosse*<br>*Financial Products, LLC* |
| By:_____<br>    Jayant W. Tambe, Esq.<br>    Todd R. Geremia, Esq.<br>    222 East 41st Street<br>    New York, New York 10017<br>    Telephone: (212) 326-3939<br>    Facsimile: (212) 755-7306 | By: *Robin A. Henry*<br>    Robin A. Henry, Esq.<br>    333 Main Street<br>    Armonk, New York 10504<br>    Telephone: (914) 749-8200<br>    Facsimile: (914) 749-8300 |

2

SCHULTE ROTH & ZABEL LLP
*Attorneys for Interpleader Defendant*
*Wells Fargo Bank, National Association*

By:_____
   Alan R. Glickman, Esq.
   Brian T. Kohn, Esq.
   919 Third Avenue
   New York, New York 10022
   Telephone: (212) 756-2000
   Facsimile:  (212) 593-5955

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*Attorneys for Interpleader Defendant*
*Massachusetts Financial Services, d/b/a MFS*
*Investment Management*

By:_____
   Jennifer L. Rochon, Esq.
   1177 Avenue of the Americas
   New York, New York 10036
   Telephone: (212) 715-9120
   Facsimile:  (212) 715-9518

**SO ORDERED:**_____   Dated:_____

2

2

| SCHULTE ROTH & ZABEL LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|---|
| *Attorneys for Interpleader Defendant* | *Attorneys for Interpleader Defendant* |
| *Wells Fargo Bank, National Association* | *Massachusetts Financial Services, d/b/a MFS Investment Management* |

By:_____

  Alan R. Glickman, Esq.
  Brian T. Kohn, Esq.
  919 Third Avenue
  New York, New York 10022
  Telephone: (212) 756-2000
  Facsimile: (212) 593-5955

By: *[signature: Jennifer Rochon]*

  Jennifer L. Rochon, Esq.
  1177 Avenue of the Americas
  New York, New York 10036
  Telephone: (212) 715-9120
  Facsimile: (212) 715-9518

**SO ORDERED:**_____

Dated:_____